W. NORMAN FRENKEL and Others, as Trustees, etc., of WILLIAM GREENBAUM, Deceased, Appellants, v. COUNTRY CLUB HOMES CO., INC., and Others, Defendants, and WILLIAM W. LESSELBAUM, Respondent.— Order as resettled denying plaintiffs' motion to strike certain defenses, etc., from answer of defendant Lesselbaum reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that said defenses are insufficient and the denials are frivolous. Matter remitted to Special Term. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

GREGORY COAL AND LUMBER CO., INC., Plaintiff, v. FRANCES ALDA GATTI-CASAZZA, Appellant. LEWIS & VALENTINE COMPANY, Respondent, and Others, Defendants.— Order reversed upon the law and the facts, without costs, and motion to open default granted upon condition that within five days from service of a copy of the order herein appellant pay respondent the sum of $150; judgment to stand as security; otherwise, order affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JOHN J. HALLERAN and LAURENCE B. HALLERAN, Copartners, Doing Business under the Firm Name and Style of HALLERAN AGENCY, Respondents, v. JOSEPH P. DAY and JOSEPH P. DAY, INC., Appellants.— Order granting leave to serve amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Hagarty, J., dissents and votes for reversal.

ELIAS HELLER, Appellant, v. MAX GREENBERG, Respondent.— Order denying plaintiff's motion for discovery and inspection affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.

EDWARD B. HITTLEMAN, Plaintiff, v. POLK AVENUE BUILDING CO., INC., Defendant. MAX H. NEWMAN, Appellant; CHARLES S. COLDEN, Receiver, Respondent.— Order denying motion to surcharge receiver affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of Proving the Last Will and Testament of HARRY REIMERS, Deceased. EDNA L. WEIGELT, Appellant; FRED ANTUSCH and WILHELMINA KRUEGER, Respondents.— Order of the Surrogate's Court of Queens county modified by limiting the examination to matters not involving personal transactions between Louise A. Stroebel and the testator, and as so modified affirmed, without

costs; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.